Certificate Number: 03088-PAM-DE-033203649

Bankruptcy Case Number: 19-02253


03088-PAM-DE-033203649

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 4, 2019</u>, at <u>6:03</u> o'clock <u>PM CDT</u>, <u>Jeanette F White</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>August 4, 2019</u>　　　　　　By:　<u>/s/Doug Tonne</u>

　　　　　　　　　　　　　　　　　　Name: <u>Doug Tonne</u>

　　　　　　　　　　　　　　　　　　Title: <u>Counselor</u>

Certificate Number: 03088-PAM-DE-033203648

Bankruptcy Case Number: 19-02253


03088-PAM-DE-033203648

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 4, 2019, at 6:03 o'clock PM CDT, Joseph White completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 4, 2019     By: /s/Doug Tonne

                         Name: Doug Tonne

                         Title: Counselor