United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Joseph White<br>Jeanette F. White<br>    Debtors | Case No. 19-02253-MJC<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 15, 2022 | Form ID: fnldec | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Joseph White, Jeanette F. White, 25 Smith Drive, Kunkletown, PA 18058-2539 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2022          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor U.S. Bank National Association afogle@rascrane.com |
| Bradley Warren Weidenbaum | on behalf of Debtor 1 Joseph White weidenbaumlaw@gmail.com G25181@notify.cincompass.com |
| Bradley Warren Weidenbaum | on behalf of Debtor 2 Jeanette F. White weidenbaumlaw@gmail.com G25181@notify.cincompass.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association as Trustee for American General Mortgage Loan Trust 2010-1 American General Mortgage Pass-Through Certificates, Series 2010-1 bkgroup@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association smncina@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Joseph White,<br>**Debtor 1** | Chapter 13 |
| Jeanette F. White,<br>**Debtor 2** | Case No. 5:19−bk−02253−MJC |

Social Security No.:
xxx−xx−8310     xxx−xx−8963

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: September 15, 2022

**fnldec** (01/22)