# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph White<br>Jeanette F. White<br>                      Debtor(s) | BK NO. 19-02253 MJC<br><br>Chapter 13 |
| U.S. Bank National Association, as Trustee for American General Mortgage Loan Trust 2010-1 American General Mortgage Pass-Through Certificates, Series 2010-1<br>                      Movant<br>vs. | Related to Claim No. 11-1 |
| Joseph White<br>Jeanette F. White<br>                      Debtor(s)<br><br>Jack N. Zaharopoulos,<br>                      Trustee | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 20, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Joseph White
25 Smith Drive
Kunkletown, PA 18028

Jeanette F. White
25 Smith Drive
Kunkletown, PA 18028

<u>Attorney for Debtor(s)</u>
Bradley Warren Weidenbaum,, Esq.
P.O. Box 721
Brodheadsville, PA 18322

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>April 20, 2022</u>

                                                      **/s/Rebecca A. Solarz, Esquire**
                                                      Rebecca A. Solarz, Esquire
                                                      KML Law Group, P.C.
                                                      BNY Mellon Independence Center
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA 19106
                                                      215-825-6327
                                                      rsolarz@kmllawgroup.com